# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CAROLYN M. GEWEYE,

Appellant,

v.

WILMINGTON SAVINGS FUND SOCIETY, FSB,
as Owner Trustee of the Residential Credit Opportunities Trust V-D,

Appellee.

No. 2D22-2816

_____

November 8, 2023

Appeal from the Circuit Court for Manatee County; Edward Nicholas, Judge.

H. Daniel McKillop of McKillop Law Firm, Jacksonville, for Appellant.

Melisa Manganelli of Law Offices of Mandel, Manganelli and Leider, P.A., Boca Raton, and Jennifer Chapkin of Chapkin Law, Boca Raton, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.